Bowland v. McDonald.

J. D. BOWLAND, *Appellee, v.* THE MCDONALD INDEPEN-
DENT TELEPHONE COMPANY, *Appellant.*

No. 16,393.

COSTS—*Abstract of the Record—Unnecessary Matter Included.*
The cost of printing unnecessary matter in the abstract of the
record taxed to the appellant.

Rehearing on objection to taxing costs. Opinion filed
April 16, 1910. Costs retaxed. (For original opinion
see ante, p. 84.)

*Per Curiam:* The appellee has filed objections to tax-
ing as costs the expense of printing certain portions of
the appellant's abstract. The objections are well taken.
The purported abstract is in fact a copy of the record,
and is in no sense an abstract. It contains complete
copies of the petition, the motion to make more definite
and certain, the answer, and the reply. For the pur-
poses of the appeal in this case the substance of the
pleadings could have been stated in a dozen lines. No
useful purpose was served in printing the journal entry
of the ruling on the motion to make more definite and
certain, or the journal entry of the judgment, or the
motion for a new trial. No point was made on the form
of the verdict and there was no need for printing it, yet
it appears twice. All the evidence is printed instead
of being abstracted; for instance, in proving his title to
the land the appellee introduced two patents from the
United States and two warranty deeds, which are set
out in full, including the acknowledgments and formal
parts. Under the issues it was unnecessary to print
any part of them. Of the thirty-seven pages of the pur-
ported abstract twenty-five were wholly unnecessary,
and the cost of printing the same, amounting to $18.75,
will be taxed to the appellant.